**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al, § | |
|     Plaintiffs, § | |
| § | Case No. 2:16-cv-00741-RWS |
| v. § | LEAD CASE |
| § | |
| ADP, LLC, § | |
| ZENDESK, INC., § | Case No. 2:16-cv-00863-RWS |
|     Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**ALL CLAIMS BY UNILOC AGAINST ZENDESK, INC.**

On this day, the Court considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Zendesk, Inc., filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Zendesk, Inc. ("Zendesk"). The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Zendesk are dismissed with prejudice.

2. Uniloc and Zendesk shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Zendesk is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 11th day of August, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE